Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | |
|---|---|
| **Angela Adorno,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case Number: 20-cv-1448** |
| ) | |
| **State Farm Mutual Automobile** ) | |
| **Insurance Co.,** ) | |
| ) | |
| **Defendant.** ) | |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Defendant's motion for summary judgment [41, 42] is granted.

**Dated: 07/17/2024**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court